*Susan M. Phillips,* in support of the petition.

*Jaye Bailey Zanta,* in opposition.

Decided June 4, 2003

---

KEVIN L. STROBEL *v.* ROSE LI-HWA STROBEL

*Rose Li-Hwa Strobel,* pro se, in support of the petition.

Decided June 4, 2003

---

STATE OF CONNECTICUT *v.* DEBORAH A. RANGER

*Neal Cone,* senior assistant public defender, in support of the petition.

*Julia K. Conlin,* deputy assistant state's attorney, in opposition.

Decided June 4, 2003

---

STATE OF CONNECTICUT *v.* MARVEL HENRY

*Norman A. Pattis,* in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided June 4, 2003

STATE OF CONNECTICUT *v.* NOEL DAVILA

*David B. Rozwaski,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided June 11, 2003

MOHINDER P. CHADHA *v.* MYER B.
SHIMELMAN ET AL.

*Mohinder P. Chadha,* pro se, in support of the petition.

*Thomas J. Ring,* assistant attorney general, in opposition.

Decided June 11, 2003

STATE OF CONNECTICUT *v.* DANIEL CARNEIRO